JAMES H. THOMPSON, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.—

784

Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.